# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JANEY RUTH CICCOLELLA, | Case No.: 2:18-cv-01686-APG-NJK |
| Plaintiff(s), | **Order** |
| v. | |
| SMITH'S FOOD & DRUG CENTERS, INC., et al., | |
| Defendant(s). | |

The parties were ordered to file an amended discovery plan by September 14, 2018. Docket No. 10. The parties failed to do so. The Court hereby **ORDERS** the parties to file, no later than September 21, 2018, an amended discovery plan identifying with particularity the discovery conducted in state court prior to removal or stating that no discovery was conducted in state court. **Failure to comply with this order may result in the imposition of sanctions.**

IT IS SO ORDERED.

Dated: September 18, 2018

_____
Nancy J. Koppe
United States Magistrate Judge

1