CHRISTIAN Z. SMITH, ESQ.
Nevada Bar No. 8266
**RICHARD HARRIS LAW FIRM**
801 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 444-4444
Facsimile: (702) 444-4455
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JANEY RUTH CICCOLELLA, individually,<br><br>Plaintiff,<br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC., a Foreign Corporation; THE KROGER CO., a Foreign Corporation; DOES I - X, and ROE CORPORATIONS I - X, inclusive,<br><br>Defendants | CASE NO.: 2:18-cv-01686-APG-NJK<br><br>**MOTION TO REMOVE ATTORNEY FROM SERVICE LIST** |

Plaintiff JANEY RUTH CICCOLELLA ("Plaintiff"), by and through her attorney of record CHRISTIAN Z. SMITH, ESQ., of the RICHARD HARRIS LAW FIRM, hereby requests that ELAINE H. MARZOLA, ESQ. be removed from the list of counsel to be noticed.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

ELAINE H. MARZOLA, ESQ. is no longer with the Richard Harris Law Firm. Given the appearance of the attorney on behalf of Plaintiff, no party will be prejudiced by the counsel's withdrawal.

DATED this __15th__ day of March 2019.

**RICHARD HARRIS LAW FIRM**

*/s/ Christian Z. Smith*
_____
CHRISTIAN Z. SMITH, ESQ.
Nevada Bar No. 8266
801 S. Fourth St.
Las Vegas, NV 89101
*Attorneys for Plaintiff*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: March 18, 2019